UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Stephen R. Bough

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 20-03129-01-CR-S-SRB |
| vs. | Date: May 23, 2023 |
| KEVIN GRANT MCMILLAN | |
| Plaintiff Counsel: | Defendant Counsel: |
| Ami Miller | Jason Coatney |
| Time Commenced: 8:28 a.m. | Time Terminated: 8:44 a.m. |

---

Court orally rules the objections to the PSR as set forth on the record. Court finds defendant's Criminal History Category to be III.

Total Offense Level: 43; Criminal History Category: III; Imprisonment Range: Life; Supervised Release Range: 5 yrs.-Life; Fine Range: $50,000-$250,000; SA: $100; Restitution: $23,000.

The Defendant is sentenced to Count 1.

INCARCERATION:
X      The Court hereby orders the defendant to serve the following term of incarceration with the FBP.
        **Life**
X      Defendant is remanded to custody.

SUPERVISED RELEASE:
X      The Court hereby orders the defendant to serve the following term of Supervised Release.
        **Life**

SPECIAL CONDTIONS OF SUPERVISED RELEASE:
X      See J&C for special conditions of Supervised Release.

FINE:
X      Fine Waived.

RESTITUTION:
X      The matter of restitution is left open for a period of 90 days.

SPECIAL ASSESSMENT:
X      The Court imposes the following Special Assessment: $100
**X**      **JVTA and AVAA Special Assessments are waived.**
X      The Court advises the Defendant of their right to appeal.
X      Government dismisses Count**s 2, 5, and 9**

Court Reporter: Gayle Wambolt                                                 Tracey Richard, Courtroom Deputy